RECIEVED
UNION CORRECTIONAL INSTITUTION
AUG 0 7 2019
BY: _____
FOR MAILING

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE, FLA Division

### CIVIL RIGHTS COMPLAINT FORM

KEITH L. CALVIN, DC#626305

CASE NUMBER: 3:19-cv-916-J-34 MCR
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

JULIE L. JONES, Former Sec; Fla Dept of Corr. Individual Capacity

CORIZON Health Provider, Official Capacity

WOODROW MYERS, CEO of Corizon health. Individual Capacity

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

FILED
2019 AUG -8 PH 12:08
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.  PLACE OF PRESENT CONFINEMENT: Union Correctional Institution
    (Indicate the name and location)
    P.O. Box 1000 Raiford, FL. 32083

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( ) Plaintiff declined to Continue at this time.

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): KEITH L. Calvin
   Union Corr Inst P.O. Box 1000 Raiford, FLa 32083

   Defendant(s): Julie L. Jones, former Sec, FLa Dept of Corr
   501 South Calhoun St Tallahassee FLa 32399

2. Court (if federal court, name the district; if state court, name the county):
   8th Judicial Circuit Court, Union County, FLa

3. Docket Number: 63-2019-CA-0001

4. Name of judge: Hon. D. FERRERO

5. Briefly describe the facts and basis of the lawsuit: False Imprisonment FL Tort Claim. State Court Judge lacked the legal authority to imprison plaintiff upon Amend Judgment of 1st degree felony upon time barred offense.

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): Circuit Court dismissed proceedings without prejudice. Plaintiff declined to appeal as not ripe for litigation at this time.

7. Approximate filing date: 12/27/18

8. Approximate disposition date: 3/13/19

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____NONE_____

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: _____N/A_____

   Mailing address: _____

B. Additional Plaintiffs: _____N/A_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: _____N/A_____

   Mailing Address: _____

   Position: _____

   Employed at: _____

D. Defendant: _____N/A_____

   Mailing Address: _____

DC 225 (Rev 2/2012)                              3

Position: _____

Employed at: _____

E.  Defendant: _____ N/A _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

F.  Defendant: _____ N/A _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

G.  Defendant: _____ N/A _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

V. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

#1. Ms. Julie L. Jones, Former Sec, Fla Dept of Corr, Defendant. Constitutional failor to protect, keep and Safely Imprison Plaintiff Calvin while under her care, custody + Control.

#2. Corizon Health, Woodrow Myers, Ceo. Constitutional failor to treat and properly provide medical treatment upon plaintiff's burn injury before discontinuing his treatment. U.S. Const 8th

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

#1. Ms Julie Jones, has neglected her duties to properly protect plaintiff while under her care custody and Control. She has also abridged An Court Order Contract, Issued by The Fifth Judicial Cir Court of Marion County FL. Entitled: STATE OF FLORIDA CORRECTED UNIFORM COMITMENT TO CUSTODY OF FLA DEPT OF CORR. Parties: STATE OF FLORIDA plaintiff v. KEITH L. CALVIN, Defendant. Case #04-536-CF-AW. The Said Court Order demands. (FDOC) Secretary, Suprentendants, Wardens and other Officials, to keep and Safely Imprison Calvin... And these presents shall be your authority for the Same Herein fail not See Exh "A" On the 8th day of Aug 2015, Plaintif Calvin received a 3rd degree boiling hot water

burn own his (R) leg ankel and foot by another inmate with mental conditions. In this Ms. Jones has abridged an Court Order Contract by allowing plaintiff to git burned, thus his Constitutional due process of Equal protection under the law has been violated U.S. Const 5th, 8th and 14th. With better Care Custody and Control, Plaintiffs Serious burn Could had of prevented. Thus, he now Suffers Mental, Emotional, and offten times physical stressfulness with pains in his right foot with uncomfortable walkings at times. Being that Plaintiff was fully under the authorized Care, Custody and Control of Ms. Jones in (2015) he's now liable for Suit and plaintiff Should be Compensated.

#2. Corizon Health, Woodrow Myers and Dr. Perez Lugo named in this civil rights Complaint for an Constitutional failor to treat, Plaintiff Calvin praperly for his 3rd degree boiling hot water burn on Aug 8th 2015. Corizon Health and its Employees has proformed bad faith practis by informing plaintiff that he should and would be Seen by Specialist for the Serious burn which has an ugly Scar, Some pains, Emotional, Mental and physical Stress. Plaintiff was advised that he needed an Skin graph. Now it would be plastic Surgury procedure. There is also an Occational lost of feelings upon plaintiffs (R) foot due to his injury. Instead, Corizon Health has lefted plaintiff to deal with a life time of nerve damage knowingly and has refussed him future treatment on **DEC 8, 2015** leaving plaintiffs Skin pink and brown. Thus, knowing that their Contract with (F.DOC) would Come to an end in Early 2016. Plaintiff is still enduring this harm 3 3/4 years later. Corizon Health, Woodrow Myers is liable for Suit for an Constitional failor to treat Calvin and he Should be Compensated for Cost. U.S. Const 5th, 8th and 14th amend

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

#1. Plaintiff Calvin is due just Money Compensation from defendant Julie Jones for her

Constitutional failor to protect, keep and Safely Imprison him while under her Care, Custody and Control, As the Order of the Court demands on 9/12/06 therein and to fail not. See Exh A

#2. Plaintiff Calvin has had to Suffer the Nerve damage, mental, Emotional, physical pain from his 3rd degree burn and insulting jokes from other inmates due to the ugly burn Scar over the last 3 3/4 years. He is due just money Compensation from defendants; Corizon Health and Woodrow Myers CEO See Exh "B"

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 7th day of Aug, 2019.

Mr. faith L. Calvin

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 7th day of AUGUST, 2019.

DC 225 (Rev 2/2012)

7